IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN DANIELS, | No. 3:20-CV-00442 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KEVIN KAUFFMANN, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 15th day of December 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 58) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff Shawn Daniels as to all federal claims under 42 U.S.C. § 1983.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim of intentional infliction of emotional distress. *See* 28 U.S.C. § 1367(c)(3).

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge